Halowich et ux., Appellants, *v.* Amminiti.

Argued April 16, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Anthony Cavalcante,* for appellants.

*Ira B. Coldren, Jr.,* with him *Herman M. Buck,* and *Ray, Coldren & Buck,* for appellees.

OPINION PER CURIAM, September 16, 1959:

The order of the court below is affirmed on the opinion of Judge DUMBAULD, reported in 18 Pa. D. & C. 2d 306.